MAYER BROWN LLP
ANDREW S. ROSENMAN (SBN 253764)
*arosenman@mayerbrown.com*
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-8744
Facsimile: (312) 706-8775

SEAN A. FLORES (SBN 328119)
*sflores@mayerbrown.com*
350 South Grand Avenue 25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant,
CATERPILLAR INC.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA VEGA ZAMUDIO, an individual, | Case No.: 1:21-cv-01673-NONE-JLT |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO ADJUST BRIEFING DEADLINES FOR PLAINTIFF'S MOTION TO REMAND** |
| vs. | |
| AEROTEK, INC., a Maryland Corporation; CATERPILLAR INC., a Delaware Corporation; and DOES 1 through 50, inclusive, | Hearing Date: None, per ECF No. 5 |
| Defendant. | |

## STIPULATION TO ADJUST BRIEFING DEADLINES

## FOR PLAINTIFF'S MOTION TO REMAND

Pursuant to Local Rules 143 and 144, Plaintiff Diana Vega Zamudio ("Plaintiff") and Defendant Caterpillar Inc. ("Caterpillar"), by and through their respective counsel of record, respectfully submit this stipulation and request for an adjusted briefing schedule on Plaintiff's Motion to Remand.

Following removal of this case by Caterpillar (with the consent of codefendant Aerotek, Inc.) on November 18, 2021 (ECF No. 1), Plaintiff filed a Motion to Remand on December 17, 2021 (ECF No. 4). In connection with that motion, Plaintiff set a January 18, 2022 hearing date (which is still in place solely for purposes of the briefing deadlines, per ECF No. 5). Accordingly, pursuant to Local Rule 230(c), Defendants' opposition(s) to the motion to remand presently is due on or before January 4, 2022. However, Caterpillar's lead counsel has been on a previously-scheduled vacation between December 23 and January 3. In light of that vacation and the intervening holidays, Caterpillar needs additional time to prepare and file its response to the Motion to Remand. Accordingly, Caterpillar requested, and Plaintiff has agreed, to a 14-day extension of time to respond to the Motion to Remand, subject to this Court's approval under Local Rule 144(a).

On December 21, 2021, Caterpillar requested of Plaintiff's counsel that the parties agree to reschedule the hearing date (for purposes of briefing deadlines) by 14 days, i.e., to February 1, 2022, to account for Caterpillar's counsel's vacation. Under the proposed revised schedule, Defendants' response(s) to the motion to remand will be due on January 18, 2022. Plaintiff's Reply Brief will be due on January 25, 2022. On December 23, 2021, Plaintiff agreed to so stipulate.

This is the parties' first request to adjust the briefing deadlines on Plaintiff's motion to remand.

STIPULATION AND [PROPOSED] ORDER TO ADJUST BRIEFING DEADLINES FOR MOTION TO REMAND, CASE NO. 1:21-CV-01673-NONE-JLT

NOW, THEREFORE, the parties, by and through their respective counsel of record undersigned, stipulate to and request that the Court enter an order:

1) setting February 1, 2022 as the new hearing date on the Motion to Remand, solely for purposes of establishing the briefing deadlines under Local Rule 230, or, in the alternative:

2) setting January 18, 2022 as Defendants' deadline to respond to Plaintiff's Motion to Remand;

3) setting January 25, 2022 as Plaintiff's deadline to file Reply Brief in support of Plaintiff's Motion to Remand.

**IT IS SO STIPULATED.**

Dated: December 29, 2021                        Respectfully submitted,

                                                MAYER BROWN

                                                By: */s/* Andrew S. Rosenman
                                                    Andrew S. Rosenman

                                                *Attorneys for Defendant*
                                                CATERPILLAR INC.

Dated: December 29, 2021                        Respectfully submitted,

                                                By: /s/ Edwin Pairavi (as authorized on 12/29/2021)
                                                    Edwin Pairavi
                                                    *edwin@pairavilaw.com*
                                                    Joshua M. Mohrsaz
                                                    *joshua@pairavilaw.com*
                                                    Pairavi Law, P.C.
                                                    1875 Century Park East, Suite 480
                                                    Los Angeles, CA 90067
                                                    Tel.: (310) 789-2063
                                                    Fax: (310) 789-2064

                                                *Attorneys for Plaintiff*
                                                DIANA VEGA ZAMUDIO

- 2 -

STIPULATION AND [~~PROPOSED~~] ORDER TO ADJUST BRIEFING DEADLINES FOR MOTION TO REMAND, CASE NO. 1:21-CV-01673-NONE-JLT

Dated: December 29, 2021

Respectfully submitted,

By: /s/ Michael S. Kun (as authorized on 12/28/2021
Michael S. Kun
*mkun@ebglaw.com*
Epstein Becker & Green, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Tel.: (310) 556-8861
Fax: (310) 553-2165

*Attorneys for Defendant*
AEROTEK, INC.

**ORDER**

The above stipulated changes to the briefing schedule are approved.

IT IS SO ORDERED.

Dated: __**January 4, 2022**__

_____
UNITED STATES DISTRICT JUDGE

- 3 -